JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 526 -- **IN RE DAN KRAUTH TAX LIABILITY LITIGATION**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/09/16 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Dan Krauth<br>SUGGESTED TRANSFEREE DISTRICT: N.D. Iowa<br>SUGGESTED TRANSFEREE JUDGE: (ds) |
| 82/09/27 | | APPEARANCES -- THOMAS G. SCHRUP, ESQ. for U.S.A.; STEPHEN E. JAMES, ESQ. for Clinton State Bank; MICHAEL L. PRITZKER, ESQ. for Dan Krauth; THOMAS SCHRUP, ESQ. for Internal Revenue Service (ds) |
| 82/09/30 | 2 | RESPONSE -- pltfs. U.S.A. w/cert. of svc. (ds) |
| 82/11/05 | | HEARING ORDER: Setting motion of Dan Krauth (to N.D. Iowa) for Panel Hearing on December 7, 1982 in Phoenix, Arizona |
| 82/11/24 | | ORDER DENYING MOTION AS MOOT AND VACATING HEARING ORDER pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 526 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Dan Krauth Tax Liability Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/24/82 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 11/24/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 526 -- In re Dan Krauth Tax Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States of America, et al. v. United Home Bank & Trust Co., etc., et al. | N.D. Iowa Hodges | 82-3006 | | | | |
| A-2 | United States of America, et al. v. United Home Bank & Trust Co., etc., et al. | N.D. Iowa Hodges | 82-3007 | | | | |
| A-3 | United States of America, et al. v. Clinton State Bank, etc., et al. | E.D. Ark. Woods | LR-M-508 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 526 -- IN RE DAN KRAUTH TAX LIABILITY LITIGATION

---

UNITED STATES OF AMERICA, ET AL. (A-1 thru A-3)
Thomas G. Schrup, Esquire
Assistant United States Attorney
Post Office Box 4710
Cedar Rapids, Iowa 52407

CLINTON STATE BANK
Stephen E. James, Esquire
Attorney at Law
Post Office Box 351
Clinton, Arkansas 72031

DAN KRAUTH
Michael L. Pritzker, Esquire
Michael L. Pritzker, Ltd.
Suite 2100
134 North LaSalle Street
Chicago, Illinois 6062

INTERNAL REVENUE SERVICE
Thomas Schrup, Esquire
Assistant U.S. Attorney
2nd Floor
101 First Street, SE
Cedar Rapids, Iowa 52407

UNITED HOME BANK & TRUST CO.
United Home Bank (No app. rec'd)
25 W. State Street
Mason City, Iowa 50401

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 526 -- In re Dan Krauth Tax Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Home Bank & Trust Co. | A-1, A-2 |
| Clinton State Bank | A-3 |