JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 526

NOV 24 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION PATRICIA HOWARD
CLERK OF THE PANEL

11/24/82

IN RE DAN KRAUTH TAX LIABILITY LITIGATION

ORDER DENYING MOTION AS MOOT AND
VACATING HEARING ORDER

    This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the three actions listed on the attached Schedule A in the Northern District of Iowa for coordinated or consolidated pretrial proceedings. Movant has brought to the Panel's attention an order deciding the matter listed on Schedule A and pending in the Eastern District of Arkansas. Movant states that even though the Arkansas decision has been appealed, there are at this time no proceedings pending in the Eastern District of Arkansas.

    IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

    IT IS FURTHER ORDERED that the hearing order filed on November 5, 1982, as amended on November 15, 1982, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

                    FOR THE PANEL:

                      Andrew A. Caffrey
                         Chairman

## Schedule A

MDL-526 -- In re Dan Krauth Tax Liability Litigation

### Eastern District of Arkansas

United States of America, et al. v. Clinton State Bank, et al., Misc. No. LR-M-508

### Northern District of Iowa

United States of America, et al. v. United Home bank & Trust Co., etc., et al., Misc. No. 82-3006

United States of America, et al. v. United Home Bank & Trust Co., etc., et al., Misc. No. 82-3007